Christina Bobinski
Name
1936 Sunwood St
Mailing address
North Pole AK 99705
City, State, Zip
907 460 7156
Telephone

RECEIVED

NOV 1 3 2018

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Christina A Bobinski ,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Kinross Goldmine ,

,

,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 4:18-cv-00038-JKS
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Christina A Bobinski,
(print your name)

who presently resides at 1936 Sunwood St, North Pole AK 99705
(mailing address)

were violated by the actions of the individual(s) named below.

2. Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Kinross Gold mine (Fort Knox)_ is a citizen of
(name)
_Alaska_, and is employed as a _____.
(state)                                      (defendant's government position/title)

___✓___ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
___✓___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _____ is a citizen of
(name)
_____, and is employed as a _____.
(state)                                      (defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
___✓___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____ is a citizen of
(name)
_____, and is employed as a _____.
(state)                                      (defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Case 4:18-cv-00038-JKS   Document 1   Filed 11/13/18   Page 2 of 7

<u>Claim 1</u>: On or about _Novemember 1st 2016_, my civil right to

_Descrimination_

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc.  List **only one** violation.)

was violated by _Luke Mowery_,

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Person had contacted me telling me that I was being retrained in a truck due to not running down a mechanic even though we are suposed to wait till mech come to us a O points so there are not vehicles constantly going everywhere. I was told because of my precieved additude that I was being demoted and also not going to mech there had been many inters that I had with the supervisor making it obvious I was being targeted when talked to supervisor said it was someone elses turn on the equipment and siting that I had been difficult with certain people all being of a certain group I could only come to one conclusion also I was being punished for something other fellow employees were not many being male gender and having relations to management also,
  Many complaint were made to me easily proven that they were Standorise

<u>Claim 2</u>: On or about <u>Sept 6 2018</u>, my civil right to

<span>(Date)</span>

<u>Doctor · confedintaluty</u>

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by <u>Fort Knox EMT</u>

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

When getting hurt at work on Sept 5 I was told if I wasnt feeling well the next day to goto the hospital when being examained intially paper work I asked the do nurse if the Company rep had any purpose of being in the room I was told it was standard procedure when I question doctor patient privileges both rep & nurse look at eachother as if they knew I was already figuring out what they were doing I asked if I wanted him to leave I said yes upon that they went out to the hallway and discussed something shortly. Biting the nurse was going to tell the doctor I was ready and that she was going to enter my paper work or something

When doctor entered I also asked again if that was standard procedure she didnt give me a definate answer just saying its easier for the paperwork after was harshly spoke to saying that they would be at every appointment. threatening me with more than one thing.

Claim 3: On or about ___Sept 10 2018___, my civil right to
                              (Date)

_____

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc.  List **only one** violation.)

was violated by ___Kieth Ericson___
                    (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument.  Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

I was getting seen by another doctor at Steese Medical care and also again was asked if company rep was able to come back I was told that they may not pay for visit. Which I had already talked to workmens comp saying that is a violation. then when I talked to the doctor she said he said I was a valued employee and I would be taken care of. also on returning I would be on light duty if all it was needed I was told to come back on wednesday believe Sept 13th 2018 to see how I was doing and to see if I could get a work release to return to work. When I did return I was told if I had to take off the first 4 days they would pay me regular wages but that did not have a light duty position for me. I believe that light duty position was given to someone else I'm not sure but I dont think he was recently injured

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes __✓__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____


**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $_____

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 6 of 7

2. Punitive damages in the amount of $_____

3. An order requiring defendant(s) to _____

4. A declaration that_____

5. Other: _____

Plaintiff demands a trial by jury. _____ Yes _____ No


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff
in the above action, that s/he has read the above civil rights complaint and
that the information contained in the complaint is true and correct.


Executed at _Fairbanks, Ak_____ on _November 13 2018____

          (Location)                     (Date)

_____
(Plaintiff's Original Signature)


_____     _____
Original Signature of Attorney (if any)                (Date)


_____
_____
_____
Attorney's Address and Telephone Number