IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISTINA BOBINSKI,<br><br>             Plaintiff,<br>vs.<br><br><br>KINROSS GOLDMINE,<br><br>             Defendant. | No. 4:18-cv-00038-JKS<br><br>ORDER OF DISMISSAL |

Self-represented litigant Christina Bobinski filed a complaint against her employer, Fairbanks Gold Mining, Inc. ("FGMI"),[1] under the Civil Rights Act of 1871, 42 U.S.C. § 1983, raising various employment and medical-related claims. Docket No. 1 ("Complaint"). This Court granted FGMI's motion to dismiss the Complaint for failure to state a claim upon which relief can be granted on the basis that Bobinski failed to show that her private employer acted under color of state law, as required for maintaining a § 1983 action. Docket No. 14 at 3. The Court dismissed her medical-related claims (Claims 2 and 3) with prejudice after concluding that Bobinski's complaint is devoid of any facts that would show that FGMI violated a federal right and Bobinski could prove no facts establishing entitled to relief under federal law. *Id.* at 4. With

---

[1] Bobinski names Kinross Goldmine in her Complaint. Docket No. 1. Defendant states that the correct name of the entity is Fairbanks Gold Mining, Inc. Docket No. 8 at 1 fn.1.

-1-

respect to Claim 1, however, the Court concluded that Bobinski may be attempting to allege employment discrimination under Title VII of the Civil Rights Act of 1964, and provided Bobinski an opportunity to file an amended complaint raising a Title VII claim and alleging sufficient facts, if any, to show that she has exhausted her administrative remedies through the Equal Employment Opportunity Commission. *Id.* at 4-5. Bobinski did not amend her complaint by the June 10, 2019, deadline for doing so.

    **IT IS THEREFORE ORDERED THAT** Claim 1 is **DISMISSED WITH PREJUDICE** for failure to state a claim.

    **IT IS FURTHER ORDERED THAT** all pending motions are **DENIED AS MOOT**.

The Clerk of the Court is to enter judgment accordingly.

Dated: June 12, 2019.

                                                      /s/ James K. Singleton, Jr.
                                                    JAMES K. SINGLETON, JR.
                                                    Senior United States District Judge